UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| $2,599.00 IN U.S. CURRENCY, ) | |
| $8,000.00 IN U.S. CURRENCY, ) | |
| $691,814.00 IN U.S. CURRENCY, ) | 7:11-CV-192-BR |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

**Decision by Court.**

This action came before Senior United States District Judge W. Earl Britt on the 7 November 2012 motion for summary judgment filed by plaintiff United States of America ("the government").

**IT IS ORDERED, ADJUDGED AND DECREED** that the government's motion for summary judgment is GRANTED. The defendant currency is forfeited to the government and the government is directed to dispose of said currency according to law. The Clerk is directed to enter judgment in favor of the government and close the case.

**This judgment filed and entered on April 25, 2013, and served on:**

Stephen A. West (Via CM/ECF Notice of Electronic Filing)
John Keating Wiles (Via CM/ECF Notice of Electronic Filing)
Woody White (Via CM/ECF Notice of Electronic Filing)

April 25, 2013                             /s/ Julie A. Richards,
                                                    Clerk of Court