IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:11-CV-192-BR

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| ) | |
| v. ) | **ORDER ON BILL OF COSTS** |
| ) | |
| $2,599.00 IN U.S. CURRENCY, et al. ) | |
| ) | |
| Defendants. ) | |

On April 25, 2013, the court granted the motion for summary judgment of plaintiff, United States of America ("movant") [D.E. 39]. On May 23, 2013, movant filed a bill of costs [D.E. 41]. Defendants failed to file a response in opposition and the matter is ripe for consideration. For the reasons stated, movant's application for costs is denied without prejudice.

I.

Movant seeks costs in the amount of Seven Hundred Sixty Six Dollars and 40/100 ($766.40) for deposition transcripts. A prevailing party may recover fees for printed or electronically recorded transcripts necessarily obtained for use in the case. See 28 U.S.C. § 1920(2). However, movant failed to provide invoices for these depositions that clearly outline what fees were charged on each invoice for these depositions.

Local Civil Rule 54.1(c)(1)(a) specifies that taxable costs incident to the taking of depositions normally include only the court reporter's fee and the fee for the original transcript of the deposition. The undersigned is unable to determine the fee for the original transcript as movant did not provide any invoices from the court reporter(s) to support their request for cost. Therefore, movant's request

for costs of the deposition and transcript fees is denied without prejudice.

Within fourteen days of this order, movant may resubmit its application with supporting documentation for costs of the deposition transcript(s). All other requests for costs not referenced in this summary are DENIED.

SO ORDERED. This 30th day of July 2013.

*Julie A. Richards*
Julie A. Richards
Clerk of Court